# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BROCKINGTON, on behalf of of herself and others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>BAMBU EARTH, LLC,<br><br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  1:26-cv-00074-TRM-MJD<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF 21-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT WITHOUT WAIVER OF RIGHT TO COMPEL ARBITRATION

Pursuant to LR 12.1, Plaintiff Sheri Brockington and Defendant identified as Bambu Earth, LLC hereby jointly stipulate to a 21-day extension of time for Defendant to respond to the Complaint, without waiver of the right to compel arbitration, extending Defendant's deadline to respond to the Complaint from April 20, 2026, through May 11, 2026.

Dated: April 15, 2026

Respectfully Submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Respectfully Submitted,

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (031491)
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: JThreadcraft@burr.com

# <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this the 15th day of April, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to all counsel of record.

Respectfully Submitted,

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (031491)
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: JThreadcraft@burr.com