**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BROCKINGTON, on behalf of of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:26-cv-00074-TRM-MJD |
| BAMBU EARTH, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR 45-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT TO ALLOW RESPONSE TO SUBPOENA THAT COULD RESULT IN TERMINATION OF THE LITIGATION**

Plaintiff Sherri Brockington and Defendant Bambu-Earth, LLC ("Bambu-Earth) respectfully move this Court for a 45-day extension of time for Bambu-Earth to respond to the Complaint, stating as follows:

1. Bambu-Earth's response to Plaintiff's class action Complaint was originally due April 20, 2026.

2. On April 15, 2026, the Parties filed a Joint Stipulation to a 21-day extension of time to respond to the Complaint through May 11, 2026. (ECF No. 6.)

3. Since that time, the Parties have engaged in cooperative communications regarding the facts and circumstances surrounding Plaintiff's claims and Defendant's defenses. During these conversations, a question has arisen regarding Plaintiff's social media activity. Both Parties believe that early issuance of a subpoena to Meta Platforms, Inc. ("Meta") may reveal information that could result in early termination of the litigation.

4. Rule 26(d) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." Fed.R.Civ.P. 26(d). Here, the Parties stipulate to issuance of a subpoena to Meta.

5. The Parties believe that allowing a 45-day extension of time to respond to the Complaint will serve the ends of justice and judicial economy. Specifically, to the extent that Bambu-Earth is required to respond to the Complaint, it intends to file a Motion to Dismiss. Allowing a 45-day extension of time to respond to the Complaint will allow the Parties time to receive information responsive to the Meta subpoena without having to dedicate time, effort and resources to addressing a motion that could prove unnecessary. As such, both Parties believe that the ends of justice and judicial economy will be best served by extending Bambu-Earth's deadline to respond to the Complaint 45 days.

6. This Motion is not being filed for purposes of harassment or delay, and no Party will be prejudiced by this Court granting the Motion.

WHEREFORE, Plaintiff Sherri Brockington and Defendant Bambu-Earth, LLC respectfully request that this Court extend Bambu-Earth's deadline to respond to the Complaint through June 25, 2026, or such other date as the Court deems appropriate. A proposed Order is attached hereto for the Court's consideration.

Dated: May 5, 2026

Respectfully Submitted,

Respectfully Submitted,

*/s Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (031491)
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: JThreadcraft@burr.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 5th day of May, 2026, I caused a copy of the foregoing

to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide

electronic notice of the filing to all counsel of record.

Respectfully Submitted,

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (031491)
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: JThreadcraft@burr.com