**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| SHERI BROCKINGTON, on behalf of of herself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:26-cv-00074-TRM-MJD |
| BAMBU EARTH, LLC, ) ) ) ) | |
| Defendant. ) | |

**ORDER ON JOINT MOTION FOR 45-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Court has before it the Parties' Joint Motion for 45-Day Extension of Time to Respond to Complaint. [Doc. 7.] After fully considering the Motion, this Court finds that the Motion is due to be **GRANTED** and hereby **ORDERS** that Defendant Bambu-Earth, LLC shall have through **June 25, 2026**, to respond to the Complaint.

**SO ORDERED.**

_____
**TRAVIS R. McDONOUGH**
**UNITED STATES DISTRICT JUDGE**

67534924 v1