# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BROCKINGTON, on behalf of of herself and others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>BAMBU EARTH, LLC, )<br><br>Defendant. ) | 1:26-cv-00074-TRM-MJD |

---

## ORDER ON JOINT MOTION FOR 45-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

This Court has before it the Parties' Joint Motion for 45-Day Extension of Time to Respond to Complaint. [Doc. 7.] After fully considering the Motion, this Court finds that the Motion is due to be **GRANTED** and hereby **ORDERS** that Defendant Bambu-Earth, LLC shall have through **June 25, 2026**, to respond to the Complaint.

**SO ORDERED.**

/s/ _____

**MIKE DUMITRU**
**UNITED STATES MAGISTRATE JUDGE**