**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

SHERI BROCKINGTON, on behalf of )
of herself and others similarly situated, )
                                 )
         Plaintiff, )
                                 )
v. )    1:26-cv-00074-TRM-MJD
                                 )
BAMBU EARTH, LLC, )
                                 )
                                 )
         Defendant. )

---

## JOINT MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

Plaintiff Sherri Brockington and Defendant Bambu-Earth, LLC ("Bambu-Earth) respectfully move this Court for a 14-day extension of time for Bambu-Earth to respond to the Complaint, stating as follows:

1. Bambu-Earth's response to Plaintiff's class action Complaint was originally due April 20, 2026.

2. On April 15, 2026, the Parties filed a Joint Stipulation to a 21-day extension of time to respond to the Complaint through May 11, 2026. (ECF No. 6.)

3. After that time, the Parties engaged in cooperative communications regarding the facts and circumstances surrounding Plaintiff's claims and Defendant's defenses. During these conversations, a question arose regarding Plaintiff's social media activity. Both Parties believed that early issuance of a subpoena to Meta Platforms, Inc. ("Meta") could reveal information that could result in early termination of the litigation.

4. As such, the Parties issued a subpoena and requested that this Court grant a 45-day extension of time to respond to the Complaint to allow the Parties to obtain a response to the Subpoena, which was granted, causing Bambu-Earth's response to the Complaint to be due June 25, 2026. (*See* ECF Nos. 7, 8.)

5. The Parties have received a response to the subpoena. Unfortunately, the information obtained was inconclusive. Nonetheless, the Parties are engaged in discussions that could result in potential termination of this litigation. The Parties believe that extending Bambu-Earth's deadline to respond to the Complaint 14 days to allow the Parties to continue these discussions without having to dedicate time, effort and resources to responding to the Complaint will be beneficial to these discussions.

6. As such, the Parties request that this Court enter an order extending the deadline to respond to the Complaint through July 9, 2026.

7. This Motion is not being filed for purposes of harassment or delay, and no Party will be prejudiced by this Court granting the Motion. Moreover, both Parties request the relief sought in the Motion.

WHEREFORE, Plaintiff Sherri Brockington and Defendant Bambu-Earth, LLC respectfully request that this Court extend Bambu-Earth's deadline to respond to the Complaint through July 9, 2026, or such other date as the Court deems appropriate. A proposed Order is attached hereto for the Court's consideration.

Dated: June 18, 2026

Respectfully Submitted,                          Respectfully Submitted,


*/s Anthony I. Paronich*                          */s Joshua H. Threadcraft*
Anthony I. Paronich                              Joshua H. Threadcraft (031491)
Paronich Law, P.C.                               Burr & Forman LLP
350 Lincoln Street, Suite 2400                   420 N. 20th Street, Suite 3400
Hingham, MA 02043                                Birmingham, AL 35203
(508) 221-1510                                   Telephone: 205-251-3000
anthony@paronichlaw.com                          Facsimile: 205-413-8701
                                                 E-mail: JThreadcraft@burr.com


## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this the 18th day of June, 2026, I caused a copy of the foregoing

to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide

electronic notice of the filing to all counsel of record.

Respectfully Submitted,

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (031491)
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: JThreadcraft@burr.com