**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BROCKINGTON, on behalf of of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:26-cv-00074-TRM-MJD |
| BAMBU EARTH, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER ON JOINT MOTION FOR 14-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

This Court has before it the Parties' Joint Motion for 14-Day Extension of Time to Respond to Complaint. [Doc. 9.] After fully considering the Motion, this Court finds that the Motion is due to be **GRANTED** and hereby **ORDERS** that Defendant Bambu-Earth, LLC shall have through **July 9, 2026**, to respond to the Complaint.

**SO ORDERED.**

_____
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**