# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHERI BROCKINGTON, on behalf of of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:26-cv-00074-TRM-MJD |
| BAMBU EARTH, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SETTLMENT

Plaintiff Sherri Brockington and Defendant Bambu Earth, LLC hereby notify the Court

that the Parties have reached a settlement in principle, settlement paperwork has been circulated

for execution and that Plaintiff anticipates filing a dismissal of Plaintiff's claims with prejudice

and the putative class members' claims without prejudice with each Party to bear their own fees,

costs and expenses within the next 30 days.

Dated: July 8, 2026

Respectfully Submitted,

Respectfully Submitted,


*/s Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*/s Joshua H. Threadcraft*
Joshua H. Threadcraft (031491)
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-413-8701
E-mail: JThreadcraft@burr.com

# <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this the 8th day of July, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to all counsel of record.

Respectfully Submitted,

*/s Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com