SHERI BUTLER BROCKINGTON, )
)    Case No. 1:26-cv-74
*Plaintiff*, )
)    Judge Travis R. McDonough
v. )
)    Magistrate Judge Michael J. Dumitru
BAMBU EARTH, LLC, )
)
*Defendant*. )

## ORDER

Before the Court is Plaintiff Sheri Butler Brockington's notice of settlement (Doc. 12).

The parties are **ORDERED** to file a stipulation of dismissal by **August 7, 2026**.  The parties are

hereby **ON NOTICE** that the Court will dismiss this action pursuant to Rule 41(b) if they fail to

meet this deadline.

    **SO ORDERED.**

         */s/ Travis R. McDonough*
         **TRAVIS R. MCDONOUGH**
         **UNITED STATES DISTRICT JUDGE**