**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>BAMBU EARTH, LLC,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-74<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Michael J. Dumitru |

**ORDER**

This matter is before the Court following its previous stipulation of dismissal order (Doc. 13). In stipulation of dismissal order, the Court ordered the parties to file a stipulation of dismissal by August 7, 2026, and, if the parties failed to meet this deadline, the Court would dismiss this case pursuant to Rule 41(b). (*See id.*) The deadline to file a stipulation of dismissal has passed and the parties have not filed a stipulation or any motions in this matter. Accordingly, this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) for Plaintiff's failure to prosecute and to comply with the Court's orders. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

***/s/ Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**